379 A.2d 588

Commonwealth v. Hall, Appellant.

Submitted December 10, 1976. Jonathan R. Black, and Black, Jackson & Savage, for appellant; Steven H. Goldblatt and Deborah E. Glass, Assistant District Attorneys, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

379 A.2d 589

Commonwealth v. Hanna, Appellant.

Submitted June 13, 1977. Edward F. Browne, Jr., Assistant Public Defender, for appellant; Ronald L. Buckwalter, First Assistant District Attorney, and D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Order affirmed.